WAUKEEN Q. MCCOY, ESQ. (SBN 168228)
McCoy Law Firm, P.C.
111 Maiden Lane, 6th Floor
San Francisco, California 94108
Telephone: (415) 675-7705
Facsimile: (415) 675-2530
Email: mail@mccoyslaw.com

Attorney for Plaintiff
CHRISTOPHER COULTER

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER COULTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE DEPARTMENT OF THE AIR FORCE, DEBORAH LEE JAMES, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, UNITED STATES OF AMERICA, and DOES 1-20,<br><br>Defendant. | Case No.: 2:18-cv-00270-KJM-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Kimberly J. Meuller<br><br>Action Filed: February 5, 2018 |

///
///
///
///
///
///
///
///
///

**PLEASE TAKE NOTICE** that Plaintiff CHRISTOPHER COULTER ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses all claims in this action *without prejudice* as to the Defendants.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), this matter may be dismissed without prejudice and without an Order of the Court.

DATED: April 27, 2018

                                      Respectfully submitted,

                               /s/Waukeen McCoy
                               WAUKEEN Q. MCCOY, ESQ.
                               Attorney for Plaintiff
                               CHRISTOPHER COULTER

**PROOF OF SERVICE**
Coulter v. United States of America et al.
United States District Court of the Eastern District of California
Case No. 2:18-cv-00270-KJM-CKD

At the time of service, I was over the age of 18 and not a party to this action. My business address: 111 Maiden Lane, 6th Floor, San Francisco, CA 94108.

On the date indicated below, I served true and correct copies of the foregoing documents described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** on the interested parties in this action as follows:

**Victoria L. Boesch**
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2743
Facsimile: (916) 554-2900

_x_    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

____    **BY E-MAIL OR ELECRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address info@anandlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

____    **BY U.S. MAIL:** I caused a copy of the document(s) to be sent to the persons at the mailing addresses listed in the Service List by placing a true and correct copy(ies) thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2018 | Ricky Sison | *Ricky Sison* |
|---|---|---|
| Date | Type Name | Signature |